IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
YAKOV ZOLOTOREV (SBN 224260)
yzolotorev@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
FEINBERG DAY ALBERTI & THOMPSON LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
Telephone: 650.618.4360
Facsimile: 650.618.4368

Attorneys for Plaintiff
TALON RESEARCH, LLC

COPY
E-Filing
ADR
ORIGINAL FILED
DEC 08 2011
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

EDL
BY FAX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALON RESEARCH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SANDISK CORPORATION, <br><br> Defendant. | CASE NO. CV 11-06172 <br><br> COMPLAINT FOR PATENT INFRINGEMENT <br><br> DEMAND FOR JURY TRIAL |

Plaintiff Talon Research, LLC ("Talon Research") complains and alleges as follows against Defendant SanDisk Corporation ("SanDisk"):

**THE PARTIES**

1. Talon Research is a limited liability company organized and existing under the laws of the Delaware with its principal place of business at 4455 Camp Bowie Blvd., #74, Fort Worth, Texas 76107.

2. Talon Research is informed and believes that SanDisk is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 601

COMPLAINT FOR PATENT INFRINGEMENT

McCarthy Boulevard, Milpitas, California 95035.

## JURISDICTION AND VENUE

3. This is an action for patent infringement arising under the patent laws of the United States, United States Code, 35 U.S.C. § 271 et seq. This Court has subject matter jurisdiction over this action under Title 28 United States Code, §§ 1331 and 1338.

4. Talon Research is informed and believes that this Court has personal jurisdiction over SanDisk because SanDisk's headquarters are located in Milpitas, California, and because SanDisk has committed, and continues to commit, acts of infringement in California, including in this district. Talon Research is informed and believes that SanDisk also maintains a registered agent in California, namely CT Corporation System, 818 West Seventh Street, Los Angeles, California 90017.

5. Venue is proper under 28 U.S.C. §§ 1391 and 1400 because SanDisk has committed acts of infringement in this district.

## INTRADISTRICT ASSIGNMENT

6. Pursuant to Local Rule 3-2(c), this case is subject to district-wide assignment because it is an Intellectual Property Action.

## THE PATENTS

7. On December 3, 1996, the USPTO duly and legally issued United States Patent No. 5,581,498 ("the '498 Patent"), entitled "Stack Of IC Chips In Lieu Of Single IC Chip." Talon Research holds all right, title, and interest in and to the '498 Patent. A true and correct copy of the '498 Patent is attached as Exhibit A.

8. On September 28, 2004, the USPTO duly and legally issued United States Patent No. 6,799,246 ("the '246 Patent"), entitled "Memory Interface For Reading/Writing Data From/To A Memory." Talon Research holds all right, title, and interest in and to the '246 Patent. A true and correct copy of the '246 Patent is attached as Exhibit B.

## FIRST CLAIM FOR RELIEF

### (Infringement of the '498 Patent)

9. Talon Research incorporates by reference herein the averments set forth in

paragraphs 1 through 8 above.

10. Talon Research is informed and believes that SanDisk has and continues to infringe directly one or more claims of the '498 Patent by making, using, offering for sale, selling and/or importing the inventions covered by at least claim 9 of the '498 patent, at least by selling its microSD Memory Cards that comprise two or more NAND dies and a controller in a stacked configuration.

11. Talon Research is informed and believes that SanDisk has and continues to infringe indirectly one or more claims of the '498 Patent by inducing others to infringe and/or contributing to the infringement by others of at least claim 9 of the '498 Patent, including customers of the SanDisk's microSD Memory Cards. Talon Research has provided SanDisk with written notice of its infringement, and SanDisk also has written notice of its infringement by virtue of the filing and service of this Complaint.

12. As a result of the SanDisk's acts of infringement, Talon Research has suffered and will continue to suffer damages in an amount to be proved at trial.

## SECOND CLAIM FOR RELIEF

### (Infringement of the '246 Patent)

13. Talon Research incorporates by reference herein the averments set forth in paragraphs 1 through 8 above.

14. Talon Research is informed and believes that SanDisk has and continues to infringe directly one or more claims of the '246 Patent by making, using, offering for sale, selling and/or importing the inventions covered by at least claim 1 of the '246 patent, at least by selling products incorporating eMMC compliant controllers, including, without limitation, SanDisk's iNAND products, *e.g.*, iNAND, iNAND Ultra and iNAND Extreme.

15. Talon Research is informed and believes that SanDisk has and continues to infringe indirectly one or more claims of the '246 Patent by inducing others to infringe and/or contributing to the infringement by others of at least claim 1 of the '246 Patent, including customers of SanDisk's eMMC compliant controllers. Talon Research has provided SanDisk with written notice of its infringement, and SanDisk also has written notice of its infringement by

virtue of the filing and service of this Complaint.

16.   As a result of SanDisk's acts of infringement, Talon Research has suffered and will continue to suffer damages in an amount to be proved at trial.

## **PRAYER**

WHEREFORE, Talon Research requests a judgment:

A.   That SanDisk has infringed one or more claims of United States Patent No. 5,581,498;

B.   That SanDisk has infringed one or more claims of United States Patent No. 6,799,246;

C.   That United States Patent No. 5,581,498 is valid and enforceable;

D.   That United States Patent No. 6,799,246 is valid and enforceable;

E.   Awarding to Talon Research its damages caused by SanDisk's infringement of United States Patent Nos. 5,581,498, including an assessment of pre-judgment and post-judgment interest and costs;

F.   Awarding to Talon Research its damages caused by SanDisk's infringement of United States Patent Nos. 6,799,246, including an assessment of pre-judgment and post-judgment interest and costs;

G.   That this is an exceptional case and awarding Talon its reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

H.   Awarding Talon Research such other and further relief as the Court may deem just and proper.

///
///
///
///
///
///
///

Dated: December 8, 2011                    FEINBERG DAY ALBERTI & THOMPSON LLP

By: _____
    Ian N. Feinberg
    M. Elizabeth Day
    David Alberti
    Sal Lim
    Yakov Zolotorev
    Marc Belloli

    Attorneys for Plaintiff
    TALON RESEARCH, LLC

## DEMAND FOR JURY TRIAL

Talon Research demands trial by jury for all issues so triable pursuant to Fed. R. Civ. Pro. 38(b) and Civil L.R. 3-6(a).

Dated: December 8, 2011                    FEINBERG DAY ALBERTI & THOMPSON LLP

By: _____
    Ian N. Feinberg
    M. Elizabeth Day
    David Alberti
    Sal Lim
    Yakov Zolotorev
    Marc Belloli

    Attorneys for Plaintiff
    TALON RESEARCH, LLC