IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALON RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SANDISK CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 11-06172 CW<br><br>ORDER RELATING CASES AND CONTINUING CASE MANAGEMENT CONFERENCE |
| TALON RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>HYNIX SEMICONDUCTOR AMERICA INC.;<br>HYNIX SEMICONDUCTOR INC.,<br><br>    Defendants.<br>_____/ | No. 11-05058 CW |
| TALON RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA, INC.; TOSHIBA CORPORATION; HYNIX SEMICONDUCTOR AMERICA INC.; HYNIX SEMICONDUCTOR INC.,<br><br>    Defendants.<br>_____/ | No. 11-04819 CW |

    The Court has reviewed the notice of related cases filed in 3:11-cv-4819 WHA and determined that the cases are related. The Court will hold a joint case management conference in all three cases on May 2, 2012. The case management conference scheduled

for April 4, 2012 in 4:11-cv-6172 CW is continued to that date. The parties shall meet and confer and file joint or separate case management conference statements, one week before the conference, proposing a schedule, or schedules, that is as consistent as feasible among the three cases, up to and perhaps including trial. The Court hears claim construction issues concurrently with case-dispositive motions, addressed in single briefs on cross motions, absent a compelling reason.  No tutorial will be held and no evidence will be heard, absent further order.  The claim construction/motions hearing must be at least ninety days before the proposed trial date.

Dated: 4/3/2012

CLAUDIA WILKEN
United States District Judge