David Martinez (SBN 193183)
DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310.552.0130
Facsimile: 310.229.5800

Attorneys for Plaintiff and Counterclaim
Defendant TALON RESEARCH, LLC.

Tharan Gregory Lanier (SBN 138784)
tglanier@jonesday.com
Gregory Louis Lippetz (SBN 154228)
glippetz@jonesday.com
An Phuoc Doan (SBN 250111)
apdoan@jonesday.com
**JONES DAY**
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650.739.3939
Facsimile: 650.739.3900

Attorneys for Defendant and Counterclaim
Plaintiff SANDISK CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| TALON RESEARCH, LLC,<br><br>　　　　Plaintiff/Counterclaim<br>　　　　Defendant,<br><br>　v.<br><br>SANDISK CORPORATION,<br><br>　　　　Defendant/Counterclaim<br>　　　　Plaintiff. | Case No. CV 11-06172 CW<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE** |

The Plaintiff Talon Research, LLC and Defendant SanDisk Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

　/s/ David Martinez
David Martinez, (SBN 193183)
DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310.552.0130
Facsimile: 310.229.5800

　/s/ An Phuoc Doan
An Phuoc Doan (SBN 250111)
apdoan@jonesday.com
**JONES DAY**
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650.739.3939
Facsimile: 650.739.3900

**ATTESTATION**

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff Talon Research, LLC and Defendant SanDisk Corporation, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Talon Research, LLC and Defendant SanDisk Corporation, are hereby dismissed with prejudice. It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: November 20, 2012

Hon. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE